

COM.

v.

BEGNOCHE, P.

1638 MDA 2016

Superior Court of Pennsylvania.

04/19/2017

Reargument Denied 6/28/2017

CP–22–CR–0004038–2010 (Dauphin)

Affirmed

W.B.

v.

K.S.

1782 MDA 2016

Superior Court of Pennsylvania.

4/19/2017

2011–FC–41396
2011–FC–41715
(Lackawanna)

Affirmed

COM.

v.

EISENHAUER, J.

1679 MDA 2016

Superior Court of Pennsylvania.

04/19/2017

CP–38–CR–0000417–2011 (Lebanon)

Affirmed

COM.

v.

REESE, K.

736 WDA 2016

Superior Court of Pennsylvania.

04/19/2017

CP–20–CR–0000754–2015 (Crawford)

Affirmed

